Opinion issued May 17, 2007








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-01046-CV

____________


NEWGENI, INC., Appellant


V.


PRODUCTION FINANCE INTERNATIONAL, L.L.C., Appellee






On Appeal from the 269th District Court

Harris County, Texas

Trial Court Cause No. 2002-33955A 






MEMORANDUM OPINION

 We dismiss this appeal for want of prosecution. Neither appellant, nor its
trustee in bankruptcy has taken any action to prosecute this appeal in over three years.
We advised appellant that by a date certain, it should provide us with a status report
on a bankruptcy proceeding in which it was involved. The date certain passed
without appellant providing us with the status report. 

 We dismiss appellant's appeal for want of prosecution. Tex. R. App. P.
42.3(b),(c).

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.